NO. 30619

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

LAW LIBRARY

JEAN R. KIKUMOTO
CLERK, APPELLATE COURTS
STATE OF HAWAII

2010 JUL 26 PM 12: 10

FILED

INDIRA D. CAUDLE, Petitioner,

vs.

DR. JANNE S. HOFFMAN and JOHN BERRY, Respondents.

ORIGINAL PROCEEDING

ORDER

(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the petition filed in the supreme court by petitioner Indira D. Caudle, it appears that we lack jurisdiction to issue arrest warrants against the respondents. See HRS § 602-5 (Supp. 2009). Therefore,

IT IS HEREBY ORDERED that the petition is dismissed.

DATED: Honolulu, Hawai'i, July 26, 2010.